# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**PHILLIP DEWAYNE STEWART**                                                            **PLAINTIFF**
**ADC #151956**

v.                      Case No: 3:20-cv-00052 KGB-PSH

**M. BREWER**                                                                          **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 4). Mr. Stewart has not objected to the Proposed Findings and Recommendation, and the time for doing so has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Mr. Stewart's motion for leave to proceed *in forma pauperis* is denied (Dkt. No. 3). Mr. Stewart's complaint is dismissed without prejudice. Mr. Stewart has 30 days from the date of this Order in which to reopen this case by paying the $400 filing fee in full. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

So ordered this 4th day of November, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge