IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PHILLIP DEWAYNE STEWART**                                             **PLAINTIFF**
**ADC #151956**

**v.**                **Case No: 3:20-cv-00052 KGB-PSH**

**M. BREWER**                                                                      **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Phillip Dewayne Stewart's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 4th day of November, 2020.

_____
Kristine G. Baker
United States District Judge